McGREGOR W. SCOTT
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

OCT 23 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:07-mj-00323 KJM |
| Plaintiff, ) | |
| v. ) | |
| STEPHEN CARLOS LOPEZ ) | MOTION TO DISMISS CHARGES AGAINST DEFENDANT |
| Defendant. ) | |

Plaintiff United States of America, by and through its undersigned counsel, pursuant to Rule 48(a), Fed. R. Crim. P., submits this motion to dismiss without prejudice the criminal complaint filed in this case against STEPHEN CARLOS LOPEZ on October 22, 2007.

DATED: Oct. 23, 2007

McGREGOR W. SCOTT
United States Attorney

By: _____
RUSSELL L. CARLBERG
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: 10/23/07

_____
THE HONORABLE DALE A. DROZD
United States Magistrate Judge

1